# LAW OFFICE OF SAM A. SCHMIDT
**29 BROADWAY Suite 1412**
**NEW YORK, N.Y. 10006**
**(212) 346-4666**
facsimile               (212)               346-4668

lawschmidt@aol.com

**Sam A. Schmidt, Esq.**
_____

November 18, 2021

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *US v. Robert Mason*
Docket No. 21 Cr. 499 (PAE)

Dear Judge Engelmayer:

I am the attorney assigned to represent Mr. Mason pursuant to the Criminal Justice Act. Mr. Mason is presently released on home detention with electronic monitoring. He wishes to visit his family in Staten Island for Thanksgiving, leaving his home around 10 AM on Thursday, November 25 and returning home by Friday at 4 PM.

In response to my request to Pretrial Services, I was informed by them that "[o]ur office opposes all social leave requests for clients on home incarceration and home detention." My email to the government asking whether they have no objections or oppose the request at Noon on Wednesday, November 16, 2021 has gone unanswered.

Mr. Mason has been on home detention since August 2021 without any problems. He was able work a few days and visit my office without any issues with pretrial services.

I respectfully request that Mr. Mason's bail conditions be modified to permit him to spend Thanksgiving with his family.

Thank you for your Honor's consideration.

Sincerely,

/s/
Sam A. Schmidt

---

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 74.

SO ORDERED.

11/19/2021

_____
PAUL A. ENGELMAYER
United States District Judge