**LAW OFFICE OF SAM A. SCHMIDT**
29 BROADWAY Suite 1412
NEW YORK, N.Y. 10006
(212) 346-4666
facsimile          (212)          346-4668

lawschmidt@aol.com

Sam A. Schmidt, Esq.
_____

February 2, 2022

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re: *US v. Robert Mason*
                   Docket No. 21 Cr. 499 (PAE)

Dear Judge Engelmayer:

     I am the attorney assigned to represent Mr. Mason pursuant to the Criminal Justice Act. Mr. Mason is presently released on home detention with electronic monitoring since August, 2021 without any issues.

     His sister will be visiting New York from South Carolina for her birthday. She will be celebrating her birthday at a restaurant in the Bronx on Saturday, February 5 at 8 PM. Mr. Mason wishes to attend. It will take him approximately 45 minutes to travel to and later from the restaurant.

     In response to prior requests, Pretrial Services has informed me that "[o]ur office opposes all social leave requests for clients on home incarceration and home detention. The government has indicated that it defers to Pre-trial Services.

     I respectfully request that Mr. Mason's bail conditions be modified to permit him to celebrate his sister's birthday with friends and family. If your Honor grants this request he requests that he be able to leave his home at approximately 7 PM and be home no later than 11:30 PM. He will notify Pretrial Services of the name and address of the restaurant.

     If your Honor has any questions, please contact my office at your convenience. Thank you for your Honor's consideration.

Sincerely,
/s/
Sam A. Schmidt

---

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 109.
   SO ORDERED.

2/3/2022

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge