**LAW OFFICE OF SAM A. SCHMIDT**
29 BROADWAY Suite 1412
NEW YORK, N.Y. 10006
(212) 346-4666
facsimile          (212)          346-4668

lawschmidt@aol.com

Sam A. Schmidt, Esq.
———————————

February 18, 2022

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *US v. Robert Mason*
Docket No. 21 Cr. 499 (PAE)

Dear Judge Engelmayer:

    I am the attorney assigned to represent Mr. Mason pursuant to the Criminal Justice Act. Mr. Mason is presently released on home detention with electronic monitoring. This week, his grandmother passed away. He wishes to attend the wake on Monday from 4 PM to 7 PM and the funeral service, burial and family gathering on Tuesday commencing at 9 AM and ending at approximately 8 PM.

    I have provided the location of all the events to Pretrial Services. Pretrial Services have no objection to the modification of his bail conditions to permit him to attend the aforementioned events including permitting him to leave his residence an hour prior to the events and allowing one hour for him to return home. The government has always indicated previously that it will defer to Pretrial Services decisions.

    I respectfully request that Mr. Mason's bail conditions be modified to permit him to attend the various events relating to his grandmothers funeral, services and gathering.

    Thank you for your Honor's consideration.

Sincerely,
/s/
Sam A. Schmidt

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 116.

SO ORDERED.     2/18/2022

*Paul A. Engelmayer* (signature)
———————————————
PAUL A. ENGELMAYER
United States District Judge