**LAW OFFICE OF SAM A. SCHMIDT**
29 BROADWAY Suite 1412
NEW YORK, N.Y. 10006
(212) 346-4666
facsimile          (212)          346-4668

lawschmidt@aol.com

Sam A. Schmidt, Esq.
_____

April 5, 2022

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re: *US v. Robert Mason*
                Docket No. 21 Cr. 499 (PAE)

Dear Judge Engelmayer:

    I am the attorney assigned to represent Mr. Mason pursuant to the Criminal Justice Act. Mr. Mason is presently released on home detention with electronic monitoring. On March 24 a cousin of Mr. Mason passed away. The family is having a memorial for him on April 15, 2022 between 4 PM and 8 PM in the Bronx.

    We will provide the location of the gathering to Pretrial Services. Pretrial Services have no objection to the modification of his bail conditions to permit him to attend the aforementioned event including permitting him to leave his residence an hour prior to the event and allowing one hour for him to return home. The government has informed me that it will defer to Pretrial Services decisions.

    I respectfully request that Mr. Mason's bail conditions be modified to permit him to attend the memorial for his cousin.

    Thank you for your Honor's consideration.

                                Sincerely,
                                /s/
                              Sam A. Schmidt

**GRANTED.** The Court extends condolences to Mr. Mason and his family. The Clerk of Court is requested to terminate the motion at Dkt. No. 128.

                    SO ORDERED.                  4/6/2022

                                *Paul A. Engelmayer*
                            _____
                            PAUL A. ENGELMAYER
                            United States District Judge