# LAW OFFICE OF SAM A. SCHMIDT

**29 BROADWAY Suite 1412**
**NEW YORK, N.Y.  10006**
**(212) 346-4666**
**facsimile          (212)              346-4668**

**lawschmidt@aol.com**

**Sam A. Schmidt, Esq.**
_____

April 19, 2022

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *US  v. Robert Mason*
Docket No.  21 Cr. 499 (PAE)

Dear Judge Engelmayer:

I am the attorney assigned to represent Mr. Mason pursuant to the Criminal Justice Act.  Mr. Mason has been on home detention with electronic monitoring since he surrendered to the authorities on August 24, 2021. It is my understanding that he has been compliant with his conditions since then.

As a result of his responsible behavior for the past eight (8) months, I am requesting that the conditions be modified to permit him to leave his residence for five (5) hours a day for four (4) days a week. He would be not be permitted to travel to the location of the alleged offenses and would continue to not have any contact with the codefendants without the presence of counsel. Should he wish to travel outside of the Bronx, the county of his residence, during that period of time, he would he be required to inform Pretrial Services.

It is my understanding that because there is no change of circumstances, Pretrial Services opposes the requested modification. The government has previously informed me that it would follow Pretrial Services recommendation, thus opposing the modification.

Thank you for your Honor's consideration.

Sincerely,
/s/
Sam A. Schmidt

The Court **DENIES** the request, which the Court understands to be to permit Mr. Mason to be outside of the residence for five hours per day, and four days per week, for unspecified purposes.  The Court does not understand granting this request to be necessary to enable Mr. Mason to accomplish specific task that are consistent with the purpose of home detention, such to attend medical visits and job interviews and to shop for groceries. The Clerk of Court is requested to terminate the motion at Dkt. No. 135.

4/25/2022

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge