**LAW OFFICE OF SAM A. SCHMIDT**
29 BROADWAY Suite 1412
NEW YORK, N.Y. 10006
(212) 346-4666
facsimile         (212)         346-4668

lawschmidt@aol.com

Sam A. Schmidt, Esq.
_____

June 28, 2022

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re: *US v. Robert Mason*
                   Docket No. 21 Cr. 499 (PAE)

Dear Judge Engelmayer:

    I am the attorney assigned to represent Mr. Mason pursuant to the Criminal Justice Act. Mr. Mason has been on home detention with electronic monitoring since he surrendered to the authorities on August 24, 2021. It is my understanding that he has been compliant with his conditions since then.

    Mr. Mason has obtained employment which has been verified by his pretrial officer. I am requesting that his bail conditions be modified from home detention to a curfew. Mr. Mason leaves his home about 5:30 am because it can take him 1 1/2 hours to get to his job site. He sometimes works overtime and sometimes works on the weekends. Therefore, I am requesting that his curfew allow him put of the residence from 5:15 AM to 9 PM. Pretrial Services has also suggested that it be authorized to modify the curfew should Mr. Mason be required to leave earlier or remain later at work. Thus, Pretrial Services has no objection to this request. The government has informed me that it takes no position.

    Thank you for your Honor's consideration.

                                        Sincerely,
                                        /s/
                                        Sam A. Schmidt

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 158.

6/29/2022

SO ORDERED.

*/s/ Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge