**29 BROADWAY Suite 1412**
**NEW YORK, N.Y. 10006**
**(212) 346-4666**
facsimile            (212)            346-4668

lawschmidt@aol.com

**Sam A. Schmidt, Esq.**
_____

September 12, 2022

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *US  v. Robert Mason*
Docket No.  21 Cr. 499 (PAE)

Dear Judge Engelmayer:

I am the attorney assigned to represent Mr. Mason pursuant to the Criminal Justice Act. Mr. Mason presently is released on bail with a curfew set by Pretrial Services. After discussions with and then the consent of Pretrial Services and the government, I am requesting that Mr. Mason be refitted with a stand-alone monitor and that he no longer have a curfew.  Mr. Mason will be working an 11 PM - 7 AM shift repairing bicycles followed by a daytime shift at a construction site 3 or 4 times a week. Pretrial Services and the government are aware of the employment. The remaining bail conditions will remain.

Thank you for your Honor's consideration.

Sincerely,
/s/
Sam A. Schmidt

cc: AUSA Kedar Bhatia by ECF

PTSO Courtney DeFeo by Email

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 198.

9/14/2022

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge