## LAW OFFICE OF SAM A. SCHMIDT
29 BROADWAY Suite 1412
NEW YORK, N.Y. 10006
(212) 346-4666
facsimile                    (212)              346-4668

lawschmidt@aol.com

Sam A. Schmidt, Esq.
_____

October 14, 2022

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re: *US v. Robert Mason*
                  Docket No. 21 Cr. 499 (PAE)

Dear Judge Engelmayer:

    I am the attorney assigned to represent Mr. Mason pursuant to the Criminal Justice Act. Sentencing for Mr. Mason is presently scheduled for November 1, 2022. With no objection by the government, I am requesting that the sentencing hearing be adjourned to a date convenient to your Honor during the first or second week of January, 2023. There has been no prior requests for an adjournment for the sentencing hearing. While unforseen events may occur, I do not expect to seek any further adjournment for sentencing.

    Thank you for your Honor's consideration.

                                Sincerely,
                                /s/
                              Sam A. Schmidt

**DENIED.** As no reason has been given for an adjournment, let alone one of this duration. Sentencing remains as scheduled. The Clerk of Court is requested to terminate the motion at Dkt. No. 233.

                              10/14/2022
        SO ORDERED.

                     *Paul A. Engelmayer*
                  _____
                  PAUL A. ENGELMAYER
                  United States District Judge