**LAW OFFICE OF SAM A. SCHMIDT**
29 BROADWAY Suite 1412
NEW YORK, N.Y. 10006
(212) 346-4666
Facsimile (212) 346-4668
E-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.
_____

January 3, 2023

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *US v. Robert Mason*
Docket No. 21 Cr. 499 (PAE)

Dear Judge Engelmayer:

    Mr. Mason was ordered to surrender by 2 PM on January 10, 2023 to the facility designated by the Bureau of Prisons. He has not yet been notified. I contacted the U.S. Marshall Service and no additional information was available. I am requesting that his surrender date be postponed to January 31, 2023. Should he receive his designation before then, he will surrender within a few days of notification.

Respectfully submitted,
/s/
Sam A. Schmidt, Esq,
Attorney for Robert Mason

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 298.

1/3/2023
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
