**LAW OFFICE OF SAM A. SCHMIDT**
29 BROADWAY Suite 1412
NEW YORK, N.Y. 10006
(212) 346-4666
facsimile           (212)           346-4668

lawschmidt@aol.com

**Sam A. Schmidt, Esq.**
_____

January 30, 2023

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *US v. Robert Mason*
Docket No. 21 Cr. 499 (PAE)

Dear Judge Engelmayer:

    I am the attorney assigned to represent Mr. Mason pursuant to the Criminal Justice Act. Mr. Mason presently is released on bail with a stand-alone monitor. He is scheduled to surrender at FCI Allenwood Low tomorrow by 2 PM. Because of the bus schedule if he leaves tomorrow he will not arrive in time. Friends from Pennsylvania can pick him up this evening and let him stay at their home that will enable him to get to the facility in a timely fashion. Therefore I request that Mr. Mason be able to leave the district this evening instead of tomrrow.

    Thank you for your Honor's consideration.

Sincerely,
/s/
Sam A. Schmidt

cc: AUSA Kedar Bhatia by ECF

    PTSO Courtney DeFeo by Email

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 307.

1/30/2023

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge