UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     -v-<br><br>ROBERT MASON,<br><br>                                        Defendant. | 21-CR-499-07 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion for compassionate release by counsel for defendant Robert Mason.  *See* Dkt. 349.  The Government's response is due **April 10, 2025**.

SO ORDERED.

                                                                          *Paul A. Engelmayer*
                                                                          PAUL A. ENGELMAYER
                                                                          United States District Judge

Dated: March 26, 2025
           New York, New York