UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ROBERT MASON,

Defendant.

21 Cr. 499 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court today, in a written decision, denied defendant Robert Mason's motion for compassionate release pursuant to 18 U.S.C. § 3582(c). *See* Dkt. 358. The Court separately today received a letter from Mason's counsel to the effect that Mason has experienced a delay in receiving medical care. The Court asks Government counsel to contact the Bureau of Prisons forthwith to assure that Mason is afforded timely care, and to confirm, by a filing on the docket, having taken such action. Should the Government's intercession not prove effective, the Court stands ready to take appropriate action on request by defense counsel.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 15, 2025
New York, New York