UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ROBERT MASON,

                Defendant.

21-CR-499-07 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a new compassionate release motion filed by counsel for defendant Robert Mason. Dkt. 364. The Court directs the Government to respond by Thursday, June 5, 2025. Defense counsel separately supplied the Court, by email, with a May 21, 2025 email exchange between counsel and Mr. Mason. If counsel wishes that email to be considered in connection with the new compassionate release motion, it must be filed on the docket of this case.

SO ORDERED.

                                            *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: May 22, 2025
       New York, New York